**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TRAVIS REED**                                                              **PLAINTIFF**

**v.**                                    **No. 4:23-cv-242-DPM**

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center;  SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**                       **DEFENDANTS**

**ORDER**

1.     The Court withdraws the reference.

2.     Reed hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*;  and the time to do so has passed.  *Doc. 2.*  His mail is being returned.  *Doc. 3- 5.*  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>22 May 2023</u>